IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATHAN PAUL STEWART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:08-CV-0364-D |
| VS. | § | |
| | § | |
| JOHNSON COUNTY ATTORNEY | § | |
| BILL MOORE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff's actions against defendants Bill Moore, Jim B. Simpson, Stuart M. Madison, Ryan Lawton, Daniel Hunt, Charles Brady, Kason Mobley, and Carol Long are dismissed with prejudice.

**SO ORDERED**.

November 13, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE